# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, <br><br> Defendant. | Case No. 2:2015-cv-01334 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Innovative Automation LLC hereby dismisses its claims against Defendant 3M Company with prejudice.

This dismissal does not affect any of Innovative's claims against any other defendant.

Dated: September 24, 2015

Respectfully submitted,

  /s/ Marie A. McCrary     /
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff Innovative
Automation LLC

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on **September 24, 2015**, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

Dated: **September 24, 2015**

<u>/s/ Marie A. McCrary  /</u>
Marie A. McCrary
Gutride Safier LLP